Order entered June 5, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01735-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHANDLER MANAGEMENT D/B/A MCCALLUM CROSSING APARTMENTS, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 05-01979-2012**

## ORDER

The Court has before it appellant's June 3, 2013 motion to file late amended appellant's brief and perfect appeal. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on June 3, 2013 be timely filed as of today's date.

/s/    ELIZABETH LANG-MIERS
       JUSTICE